<b>UNITED STATES DISTRICT COURT<br>
SOUTHERN DISTRICT OF OHIO<br>
WESTERN DIVISION AT CINCINNATI</b>

Automotive Consultants
of Hollywood, Inc., et al.,
    Petitioners

-vs-                          Case No. 1:13-cv-692

United States of America,
    Respondent

## JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts. |
| **X** | **Decision by Court:** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED** that Respondent's motion to dismiss is **GRANTED**.


Date: April 2, 2014                     John P. Hehman, Clerk


                                                By: s/Mary C. Brown
                                                Mary C. Brown, Deputy Clerk